**Paul Christopher DAVIS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 03–40696.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2004.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Paul Christopher Davis, Federal Correctional Institution, Edgefield, SC, for Petitioner–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Paul Christopher Davis, prisoner number 15273–057, was convicted of one charge of possession of approximately 815 grams of crack cocaine with intent to distribute and was sentenced to 330 months in prison. Davis filed a purported 28 U.S.C. § 2241 petition to challenge this sentence. The district court determined that Davis's purported 28 U.S.C. § 2241 petition was best classed as a 28 U.S.C. § 2255 motion and dismissed it. Davis now appeals that dismissal. Given the benefit of liberal construction, his argument to this court may fairly be construed as alleging that he is entitled to bring a 28 U.S.C. § 2241 petition under the savings clause of 28 U.S.C. § 2255 because he is actually innocent of his sentence.

In reviewing the denial of habeas relief, the district court's findings of fact are reviewed for clear error and issues of law are reviewed de novo. *Jeffers v. Chandler,* 253 F.3d 827, 830 (5th Cir.2001). Davis has not shown that the district court erred in construing his pleading as an unauthorized 28 U.S.C. § 2255 motion that should be dismissed. Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.